UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | Case No. 1:23 CV 776 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendant. | ) | |

The Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), seeking to voluntarily dismiss this action with prejudice. (Doc. #7).

Plaintiff's Complaint is hereby dismissed with prejudice at the Plaintiff's request.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: _June 28, 2023_